**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 5 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | |
|---|---|
| DEBORAH MITCHELL, f/k/a Deborah Matthews, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| PENNCRO ASSOCIATES, INC., a Pennsylvania corporation, | : NO. 1 08-CV-2707 HTW |
| Defendant. | : |

## COMPLAINT FOR DAMAGES

### INTRODUCTION

1. This is an action for damages against the defendant for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

### SUBJECT MATTER JURISDICTION

2. Subject matter jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337 (federal question jurisdiction).

## PARTIES AND PERSONAL JURISDICTION

3. Plaintiff is a resident of this State, District and Division who is authorized by law to bring this action.

4. Defendant, PENNCRO ASSOCIATES, INC., is a corporation formed under the laws of the state of Pennsylvania. [Hereinafter, said Defendant is referred to as "PENNCRO."]

5. PENNCRO is subject to the jurisdiction and venue of this Court.

6. PENNCRO may be served by personal service upon its registered agent in the State of Georgia, to wit: C T Corporation System, 1201 Peachtree Street NE, Atlanta, Georgia, 30361.

7. Alternatively, PENNCRO may be served by personal or substitute service pursuant to the Federal Rules of Civil Procedure and, as applicable, the laws of the states of Georgia or Pennsylvania.

## FACTS COMMON TO ALL CAUSES

8. PENNCRO uses telephone communications in its business.

9. The principle purpose of PENNCRO's business is the collection of debts.

10. PENNCRO regularly collects or attempts to collect debts owed or due, or asserted to be owed or due, another.

11. PENNCRO is a debt collector subject to the provisions of the Fair Debt Collection Practices Act.

12. In the course of attempting to collect a debt allegedly due from Plaintiff to a business not a party to this litigation, PENNCRO communicated with Plaintiff in a manner which violated the Federal Fair Debt Collection Practices Act.

13. In or around September, 2007, PENNCRO left a series of telephone voice messages for Plaintiff requesting a return call.

14. In the voice messages, the Defendant failed to meaningfully disclose its identity.

15. In the voice messages, the Defendant did not state that the communications were from a debt collector.

16. In the voice messages, the Defendant did not state that the communications were an attempt to collect a debt.

17. Defendant's communications violate the Fair Debt Collection Practices Act.

18. Plaintiff has complied with all conditions precedent to bring this action.

## CAUSES OF ACTION

## COUNT ONE: FAIR DEBT COLLECTION PRACTICES ACT

19. The acts of Defendant constitute violations of the Fair Debt Collection Practices Act.

20. Defendant's violations of the FDCPA include, but are not limited to, the following:

21. The placement of telephone calls without meaningful disclosure of the caller's identity, in violation of 15 U.S.C. § 1692d(6);

22. The use of any false, deceptive, or misleading representations or means in connection with the collection of any debt, in violation of 15 U.S.C. § 1692e; and

23. The failure to disclose in subsequent communications that the communication is from a debt collector, in violation of 15 U.S.C. § 1692e(11).

24. As a result of the defendant's actions, the plaintiff is entitled to an award of statutory damages, as well as an award of costs and attorney fees.

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT JUDGMENT BE ENTERED AGAINST DEFENDANT AND IN FAVOR OF PLAINTIFF, AS FOLLOWS:

a)   That Plaintiff be awarded statutory damages;

b)   That Plaintiff be awarded the expenses of litigation including a reasonable attorney fee;

c)   That the Court declare each and every defense raised by Defendant to be insufficient; and

d)   That the Court grant such further and additional relief as is just in the circumstances.

Respectfully submitted,

THE LAW OFFICES OF JAMES M. FEAGLE, P.C.

by: _____
James M. Feagle
Attorney for Plaintiff
Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
jimfeagle@aol.com